No. 392. MEYER *v.* FLEMING ET AL., TRUSTEES. October 22, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. MR. JUSTICE FRANKFURTER took no part in the consideration

or decision of this application. *Mr. Walter E. Meyer, pro se. Messrs. W. F. Peter* and *A. B. Enoch* for respondents.